UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN QUINTON MORIMOTO, | ) |
| | ) CASE NO. C12-0981-RSL-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER RE: PENDING MOTIONS |
| RON FRAKER, et al., | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

Petitioner John Quinton Morimoto proceeds *pro se* in this habeas corpus matter pursuant to 28 U.S.C. § 2254. The Court now considers several pending motions in this matter. Having considered the motions, along with the balance of the record, the Court does hereby find and ORDER as follows:

(1) Petitioner filed a motion for extension of time to file a responsive brief in this matter. (Dkt. 20.) Respondent does not object to the thirty-day extension of time requested. (Dkt. 21.) Finding the request reasonable, petitioner's motion for an extension of time (Dkt. 20) is GRANTED. Respondent's Answer (Dkt. 16) is hereby RENOTED for consideration on

ORDER RE: PENDING MOTIONS
PAGE -1

**October 5, 2012**.  Petitioner may file and serve a response no later than **October 1, 2012**, and respondent may file and serve a reply no later than **October 5, 2012**.

(2) Petitioner also filed a consolidated motion for discovery, to perpetuate testimony, and for an evidentiary hearing (Dkt. 8) and a motion for subpoena duces tecum (Dkt. 10).  Respondent submitted an opposition to the consolidated motion (Dkt. 14) and, in response, petitioner filed a motion to stay the hearing on his consolidated motion until the Court determines the merits of his habeas petition (Dkt. 15).  Because the motion for subpoena duces tecum also seeks discovery, the Court presumes petitioner also seeks to stay consideration of that motion.  The Court further GRANTS petitioner's motion for a stay in the consideration of his discovery-related motions.  (Dkt. 15.)  Petitioner's consolidated motion (Dkt. 8) and his motion for subpoena duces tecum (Dkt. 10) are hereby RENOTED for consideration on **October 5, 2012**.

(3) The Clerk shall direct copies of this Order to the parties and to the Honorable Robert S. Lasnik.

DATED this 29th day of August, 2012.

Mary Alice Theiler
United States Magistrate Judge