UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN QUINTON MORIMOTO,

    Petitioner,

v.

RON FRAKER, et al.,

    Respondent.

CASE NO. C12-0981-RSL

ORDER DENYING PETITIONER'S HABEAS PETITION WITH PREJUDICE

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's motions requesting discovery, supplementation of the record, and an evidentiary hearing (Dkts. 8, 10, and 24) are DENIED;

(3)     Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(4)     Petitioner is DENIED issuance of a certificate of appealability, and

/ / /

01       (5)    The Clerk is directed to send copies of this Order to petitioner, to counsel for

02               respondent, and to Judge Theiler.

03               Dated this 9th day of January, 2013.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -2