UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN QUINTON MORIMOTO, | ) |
| | ) CASE NO. C12-0981-RSL |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER DENYING PETITIONER'S |
| | ) HABEAS PETITION WITH |
| RON FRAKER, et al., | ) PREJUDICE |
| | ) |
| Respondent. | ) |
| | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motions requesting discovery, supplementation of the record, and an evidentiary hearing (Dkts. 8, 10, and 24) are DENIED;

(3) Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(4) Petitioner is DENIED issuance of a certificate of appealability, and

/ / /

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

01      (5)      The Clerk is directed to send copies of this Order to petitioner, to counsel for

02                  respondent, and to Judge Theiler.

03                  Dated this 9th day of January, 2013.

                                        /s/ Robert S. Lasnik
                                        ROBERT S. LASNIK
                                        United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -2